**Motions Granted; Order filed March 25, 2014.**



In The

# Fourteenth Court of Appeals

_____

### NO. 14-13-00940-CR
_____

## QUINCY MICHAEL MCCRAY, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 252nd District Court
Jefferson County, Texas
Trial Court Cause No. 10-10470**

## ORDER

This is an appeal from the revocation of appellant's probation. Thomas John Burbank was appointed to represent appellant in the appeal. On February 6, 2014, appointed counsel filed a brief in which he concludes the appeal is wholly frivolous and without merit pursuant to *Anders v. California*, 386 U.S. 738 (1967). Counsel also filed a motion to withdraw from representing appellant.

On March 5, 2014, appellant filed a motion to substitute retained counsel, Bruce N. Smith, for his appointed counsel. No opposition was filed. Accordingly, we **GRANT** both Thomas John Burbank's motion to withdraw and appellant's motion to substitute Bruce N. Smith as his appellate counsel.

We **STRIKE** the *Anders* brief filed February 6, 2014. Appellant's brief shall be due on or before **April 24, 2014.**

PER CURIAM